MARY DEANGELO and ANTONIO DEANGELO v. RANDOLPH TRADING CORP.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertaking required by section 593 of the Civil Practice Act. [See *ante*, p. 813.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

### (February 14, 1941.)

J. HARRIS WARTHMAN, as Trustee under Section 77B of the Bankruptcy Act of the Estate of LA FRANCE INDUSTRIES, Debtor, Appellant, *v.* MANUFACTURERS TRUST COMPANY and Others, Respondents.

PER CURIAM. We are of opinion that the allegations of domination and control found in the fourth and fifth causes of action are sufficiently coupled with other allegations to sustain the causes as sufficient. We are further of opinion that the order appealed from otherwise was properly made.

It follows, therefore, that the order appealed from should be modified by denying the motion to strike out the fourth and fifth causes of action as insufficient in law, and, as so modified, the order appealed from should be affirmed, without costs, with leave to the plaintiff to serve an amended complaint within ten days after service of a copy of the order to be entered hereon.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Order unanimously modified by denying the motion to strike out the fourth and fifth causes of action as insufficient in law, and, as so modified affirmed, without costs, with leave to the plaintiff to serve an amended complaint within ten days after service of order.

JOSEPH CHOCHAL, as Administrator of the Goods, Chattels and Credits of CHARLES F. CHOCHAL, Deceased, Appellant, v. FRED GANGER and LEO VANTRAN, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY), Appellant, v. C. R. H. BUILDING CORPORATION, in Dissolution, NOSTHROP HOLDING CORP., THE R-W REALTY CO., INC., MELVILLE SHOE CORPORATION, THOM MCAN SHOE COMPANY, INC., Respondents, Impleaded with Others, Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs to the respondents The R-W Realty Co., Inc., Melville Shoe Corporation and Thom McAn Shoe Company, Inc. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.